B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Pipe-Liners, Ltd.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-2947439** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**790 Muriel St.**<br>**Woodstock, IL**<br>ZIP Code **60098** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**McHenry** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 14**<br>**Woodstock, IL**<br>ZIP Code **60098** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(12/11)                                                                                              Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Pipe-Liners, Ltd.** |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)           (Date) |

| Exhibit C |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐ Yes, and Exhibit C is attached and made a part of this petition. |
| ■ No. |

| Exhibit D |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
| ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| Information Regarding the Debtor - Venue |
|---|
| (Check any applicable box) |
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| Certification by a Debtor Who Resides as a Tenant of Residential Property |
|---|
| (Check all applicable boxes) |
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) |
| _____<br>(Name of landlord that obtained judgment) |
| _____<br>(Address of landlord) |
| ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(12/11)

Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**Pipe-Liners, Ltd.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Steven J. Brody**
Signature of Attorney for Debtor(s)

**Steven J. Brody 06205619**
Printed Name of Attorney for Debtor(s)

**Steven J. Brody & Associates, Ltd.**
Firm Name

**15 W. Woodstock Street**
**Crystal Lake, IL 60014**

_____
Address

**815-479-8800  Fax: 815-479-8880**
Telephone Number

**January 26, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Kathryn Stanger**
Signature of Authorized Individual

**Kathryn Stanger**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**January 26, 2012**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Pipe-Liners, Ltd.**                                                      ,    Case No. _____

                                                                Debtor

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 5 | 475,508.02 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 359,700.35 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 4 | | 163,553.97 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | 197,267.75 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 20 | | | |
| Total Assets | | | 475,508.02 | | |
| Total Liabilities | | | | 720,522.07 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Pipe-Liners, Ltd.**                                                    Case No. _____

                                                    Debtor                  ,

                                                                            Chapter _____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re   **Pipe-Liners, Ltd.**                                                          ,   Case No. _____
_____
                                   Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
| --- | --- | --- | --- | --- |
| **None** | | | | |

|  | Sub-Total > | **0.00** | (Total of this page) |
| --- | --- | --- | --- |
|  | Total > | **0.00** | |

**0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re **Pipe-Liners, Ltd.** ,                                    Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking account **Golden Eagle Bank** | - | 300.00 |
| | | Checking account **Fifth Third Bank** | - | 6,323.65 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          **6,623.65**
(Total of this page)

__4__  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6B (Official Form 6B) (12/07) - Cont.

In re    **Pipe-Liners, Ltd.** _____,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Walsh Construction Co.** **2749 N. State Rd. 39** **LaPorte, IN 46350** **Walsh is disputing this and not paying.** | - | 53,273.44 |
| | | **Walsh Construction Co.** **2749 N. State Rd. 39** **LaPorte, IN 46350** | - | 1,607.00 |
| | | **Albin Carlson & Company** **745 S. Rowhling Road** **Addison, Illinois 60101** | - | 27,000.00 |
| | | **Curran Contracting** **286 Memorial Drive** **Crystal Lake, Illinois 60014** | - | 162,736.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Sub-Total >    244,616.44
(Total of this page)

Sheet __1__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Pipe-Liners, Ltd.**                                                    ,    Case No. _____
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2003 Chevrolet pickup | - | 7,500.00 |
| | | 1996 Chevrolet Pickup | - | 1,250.00 |
| | | 1997 Cadillac Seville | - | 5,400.00 |
| | | 1979 P30 Van | - | 600.00 |
| | | 1986 P30 Van | - | 800.00 |
| | | 1998 32 ton Dynaweld trailer | - | 3,900.00 |
| | | 1999 7 ton Redi Haul trailer | - | 1,200.00 |
| | | 1973 Chevrolet C-60 Flatbed | - | 600.00 |

Sub-Total >          21,250.00
(Total of this page)

Sheet   **2**   of   **4**   continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Pipe-Liners, Ltd.** _____,    Case No. _____
                                Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 1982 trailer (homemade) | - | 50.00 |
| | | 1978 Winch trailer (homemade) | - | 200.00 |
| | | 1987 6 ton Redi Haul trailer | - | 650.00 |
| | | 1988 12 ton Redi Haul trailer | - | 750.00 |
| | | 2005 International 4000 Series 4300 Dump Truck | - | 45,000.00 |
| | | 1979 International 1854 Series Dump Truck | - | 3,000.00 |
| | | 1989 Case 1845C Skidsteer | - | 8,239.00 |
| | | 1989 Case 580E Combination | - | 19,500.00 |
| | | 2000 Komatsu PC75R Excavator | - | 32,671.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Copy machine<br>Fax machine<br>Desktop computer<br>Laptop computer<br>Scanner | - | 1,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | 1982 6-18 McElroy Fusion Unit | - | 6,000.00 |
| | | 1999 1-4 McElroy Fusion Unit | - | 2,100.00 |
| | | 1982 Chemgrout Grout Pump | - | 3,400.00 |
| | | 2003 Ingersol Rand 185CFM Compressor | - | 11,257.00 |
| | | 2000 Cement mixer | - | 400.00 |
| | | 1989 Mearl Foam Generator | - | 1,000.00 |
| | | Misc generators and saws | - | 5,050.00 |
| 30. Inventory. | | Misc sizes and lengths of polyethylene pipe | - | 50,000.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

Sub-Total >       190,267.00
(Total of this page)

Sheet __3__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Pipe-Liners, Ltd.**
_____,   Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Cash held by U.S. District Court Pending further order**<br>**Currently in dispute as to liens between Fox Valley Laborers and Golden Eagle Bank** | - | 12,750.93 |

|  |  |
|---|---|
| Sub-Total > | 12,750.93 |
| (Total of this page) | |
| Total > | 475,508.02 |

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re   **Pipe-Liners, Ltd.**                                                           ,        Case No. _____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **001501000649** <br><br> **Golden Eagle Community Bank** <br> **PO Box 1930** <br> **Woodstock, IL 60098** | X | - | UCC Security interest <br><br> **Walsh Construction Co.** <br> **2749 N. State Rd. 39** <br> **LaPorte, IN 46350** <br><br> **Walsh is disputing this and not paying.** <br><br> Value $           53,273.44 | | | | 269,000.00 | 12,978.35 |
| Account No. **1501004716** <br><br> **Golden Eagle Community Bank** <br> **PO Box 1930** <br> **Woodstock, IL 60098** | X | - | UCC Security Interest <br><br> **All property included in schedule B** <br><br><br> Value $           280,078.00 | | | | 88,800.00 | 88,800.00 |
| Account No. **26039514** <br><br> **Wells Fargo Equipment Finance** <br> **Manufacturer Serices Group** <br> **PO Box 7777** <br> **San Francisco, CA 94120-7777** | | - | **Purchase Money Security** <br><br> **2003 Ingersol Rand 185CFM** <br> **Compressor** <br><br> Value $           11,257.00 | | | | 1,900.35 | 0.00 |
| Account No. <br><br><br><br><br> | | | <br><br><br> Value $ | | | | | |

|  |  |
|---|---|
| **0**  continuation sheets attached | Subtotal <br> (Total of this page) |

| Subtotal (Total of this page) | 359,700.35 | 101,778.35 |
|---|---|---|
| Total <br> (Report on Summary of Schedules) | 359,700.35 | 101,778.35 |

B6E (Official Form 6E) (4/10)

.

In re   **Pipe-Liners, Ltd.**                                                                              Case No. _____
_____ ,
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

■ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____3_____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re   **Pipe-Liners, Ltd.**                                    ,     Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **36-2947439** | | **2004 - 2010** | | | | | | | |
| **Fox Valley & Vicinity Laborers** **2400 Big Timber Rd.** **Bldg. B, #206** **Elgin, IL 60124-7812** | - | **Union Dues/Pension/Benefits** | | | | | | | 0.00 |
| | | | | | | | | 39,396.34 | 39,396.34 |
| Account No. | | **2004 thru 2010** | | | | | | | |
| **Fox Valley & Vicinity Laborers** **2400 Big Timber Rd.** **Bldg. B, #206** **Elgin, IL 60124-7812** | - | **Union Dues/Pension/Benefits** | | | | | | | 0.00 |
| | | | | | | | | 34,396.34 | 34,396.34 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet **1** of **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 73,792.68 | 73,792.68 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re   **Pipe-Liners, Ltd.**                                                                   ,     Case No. _____
                                              **Debtor**

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **36-2947439** | | | **Unpaid taxes** | | | | | |
| **Illinois Department of Employment Security** 850 E. Madison St. Springfield, IL 62702 | X | - | | | | | | 0.00 |
| | | | | | | | 4,156.13 | 4,156.13 |
| Account No. **36-2947439** | | | **Unpaid taxes** | | | | | |
| **Illinois Department of Revenue Bankruptcy Section, Level 7-425 100 W. Randolph Street Chicago, IL 60101** | X | - | | | | | | 0.00 |
| | | | | | | | 1,380.08 | 1,380.08 |
| Account No. **36-2947439** | | | 12/2009 **Unpaid taxes** | | | | | |
| **Internal Revenue Service Centralized Insolvency Operation PO Box 21126 Philadelphia, PA 19114** | X | - | | | | | | 0.00 |
| | | | | | | | 39,088.15 | 39,088.15 |
| Account No. **36-2947439** | | | 03/2010 **Unpaid taxes** | | | | | |
| **Internal Revenue Service Centralized Insolvency Operation PO Box 21126 Philadelphia, PA 19114** | X | - | | | | | | 0.00 |
| | | | | | | | 4,498.40 | 4,498.40 |
| Account No. **36-2947439** | | | 06/2010 **Unpaid taxes** | | | | | |
| **Internal Revenue Service Centralized Insolvency Operation PO Box 21126 Philadelphia, PA 19114** | X | - | | | | | | 0.00 |
| | | | | | | | 7,676.19 | 7,676.19 |

Sheet  **2**  of  **3**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 56,798.95 | 56,798.95 |

B6E (Official Form 6E) (4/10) - Cont.

In re  **Pipe-Liners, Ltd.** ,                                     Case No. _____
                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **36-2947439** <br><br>**Internal Revenue Service Centralized Insolvency Operation PO Box 21126 Philadelphia, PA 19114** | X | - | 09/2010 <br><br>Unpaid taxes | | | | 18,594.55 | 0.00 | 18,594.55 |
| Account No. **36-2947439** <br><br>**Internal Revenue Service Centralized Insolvency Operation PO Box 21126 Philadelphia, PA 19114** | X | - | 12/2010 <br><br>Unpaid taxes | | | | 14,367.79 | 0.00 | 14,367.79 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet  **3**  of  **3**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 32,962.34 | 0.00 <br> 32,962.34 |
| Total (Report on Summary of Schedules) | 163,553.97 | 0.00 <br> 163,553.97 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re　　**Pipe-Liners, Ltd.**　　　　　　　　　　　　　　　　　　　　　,　　Case No. _____

　　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

　　State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

　　If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

　　If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

　　Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐　Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **33006** <br><br> **Ace/Allwaste Environ Services of Indiana LLC** <br> **PO Box 3070** <br> **Houston, TX 77253** | - | | | | | | 23,023.58 |
| Account No. <br><br> **Allocco, Miller & Cahill P.C.** <br> **3409 N. Paulina Street** <br> **Chicago, IL 60657** | - | | **2011** <br> **Legal Services** | | | | 7,000.00 |
| Account No. <br><br> **Allocco, Miller & Cahill. P.C.** <br> **3409 N. Paulina St.** <br> **Chicago, IL 60657** | - | | **Professional Service** | | | | 8,791.25 |
| Account No. **1814** <br><br> **Bohn's Ace Hardware** <br> **150 S. Eastwood Dr.** <br> **PO Box 545** <br> **Woodstock, IL 60098** | - | | **Product Purchase** | | | | 239.89 |

|  |  |  |
|---|---|---|
| __5__ continuation sheets attached | Subtotal <br> (Total of this page) | 39,054.72 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Pipe-Liners, Ltd.**                                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Broughton Excavating**<br>**46W356 Big Timber Rd.**<br>**Hampshire, IL 60140** | - | | | **2009**<br>**Storage yard and ground rental** | | | | 5,250.00 |
| Account No. **P40**<br><br>**Brown & Co., LLP**<br>**PO Box 728**<br>**Woodstock, IL 60098-0728** | - | | | **Professional Service** | | | | 11,837.64 |
| Account No. **4802 1371 0555 8706**<br><br>**Capital One Bank**<br>**PO Box 6492**<br>**Carol Stream, IL 60197-6492** | - | | | **Credit card purchases** | | | | 8,866.70 |
| Account No. **5582 5086 1629 2204**<br><br>**Chase Cardmember Service**<br>**PO Box 15298**<br>**Wilmington, DE 19850-5298** | - | | | **Credit card purchases** | | | | 3,734.17 |
| Account No. **5082 2900 5737 4412**<br><br>**CitiBusiness Card**<br>**PO Box 6235**<br>**Sioux Falls, SD 57117-6235** | - | | | **Credit card purchases** | | | | 1,457.57 |

Sheet no. __1__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

31,146.08

B6F (Official Form 6F) (12/07) - Cont.

In re  **Pipe-Liners, Ltd.** _____,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **111475**<br><br>**Columbia Pipe & Supply Co.**<br>**1120 W. Pershing Rd.**<br>**Chicago, IL 60609** | - | | Product Purchase | | | | 135.61 |
| Account No.<br><br>**Contech Construction Products, Inc.**<br>**9025 Centre Pointe Dr**<br>**West Chester, OH 45069** | - | | Product Purchase | | | | 20,803.07 |
| Account No.<br><br>**Department of Water Works**<br>**P.O. Box 888**<br>**Michigan City, IN 46361** | - | | 2011<br>Water | | | | 55.92 |
| Account No.<br><br>**Dowd, Bloch & Bennett**<br>**8 S. Michigan Ave.**<br>**19th Floor**<br>**Chicago, IL 60603** | - | | 2011<br>Legal Fees and Costs for Fox Valley Laborers | | | X | Unknown |
| Account No.<br><br>**Energy Culverts**<br>**P.O. Box 640**<br>**Energy, IL 62933** | - | | 2011<br>Piping supplies | | | | 36,684.00 |

Sheet no. __2__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

57,678.60

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Pipe-Liners, Ltd.**                                                    ,         Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **236192-001** | | | | **2007** | | | | |
| **Highway Technologies, Inc.** **3867 N. Commercial Pkwy.** **Greenfield, IN 46140** | - | | | | | | | |
| | | | | | | | | **1,540.00** |
| Account No. | | | | **2011** **Building Supplies** | | | | |
| **Lee Jensen Sales** **101 W. Terra Cotta** **Crystal Lake, IL 60014** | - | | | | | | | |
| | | | | | | | | **77.58** |
| Account No. | | | | **2011** **Auditing Fees** | | | | |
| **Levinson Simon & Spung, P.C.** **566 W. Lake Street** **Chicago, IL 60661-1414** | - | | | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. **6011 5642 2048 9909** | | | | **Credit card purchases** | | | | |
| **Office Depot Credit Plan** **PO Box 689020** **Des Moines, IA 50368-9020** | - | | | | | | | |
| | | | | | | | | **764.93** |
| Account No. | | | | | | | | |
| **R. G. Huston Company, Inc.** **PO Box 399** **2561 Coffeytown Rd.** **Cottage Grove, WI 53527** | - | | | | | | | |
| | | | | | | | | **5,036.02** |

Sheet no. __3__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 7,418.53 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Pipe-Liners, Ltd.**                                                              ,      Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **7715 0903 7221 1706** <br><br> **Sam's Club/GEMB** <br> **PO Box 530970** <br> **Atlanta, GA 30353-0970** | - | | | | **Credit card purchases** | | | | 892.31 |
| Account No. **115911** <br><br> **Shaw Environmental, Inc.** <br> **1950 S. Florence St.** <br> **Wichita, KS 67209-2833** | - | | | | **Product Purchase** | | | | 7,470.00 |
| Account No. <br><br> **Smith Ready Mix** <br> **P.O. Box 489** <br> **Valparaiso, IN 46384-0489** | - | | | | **2011** <br> **Concrete and supplies** | | | | 7,000.00 |
| Account No. **220814** <br><br> **Speedway LLC** <br> **PO Box 740587** <br> **Cincinnati, OH 45274-0587** | - | | | | | | | | 4,453.06 |
| Account No. **100 1378 353** <br><br> **Speedway SuperAmerica LLC** <br> **Attn:  Credit Customer Service** <br> **PO Box 1590** <br> **Springfield, OH 45501** | - | | | | **Credit card purchases** | | | | 5,991.19 |

Sheet no. __4___ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                           25,806.56

B6F (Official Form 6F) (12/07) - Cont.

In re    **Pipe-Liners, Ltd.**                                          ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  **Super Mix** 5435 Bull Valley Road, Suite 130 McHenry, IL 60050 | - | | 2011 Concrete | | | | 3,500.00 |
| Account No. 0110109995  **Westbend Mutual Insurance** 1900 S. 18th Ave. West Bend, WI 53095 | - | | | | | | 27,584.80 |
| Account No. PIPELINERS1  **Western Culvert & Supply Inc.** W324 Delafield Rd. Oconomowoc, WI 53066 | - | | Product Purchase | | | | 2,250.18 |
| Account No.  **Woodstock Lumber Co.** 1101 Lake Avenue Woodstock, IL 60098 | - | | 2011 Lumber supplies | | | | 76.93 |
| Account No. 0414-00-828278-2  **Wright Express Fleet Services** PO Box 6293 Carol Stream, IL 60197-6293 | - | | Credit card purchases | | | | 2,751.35 |

Sheet no. __5___ of __5___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 36,163.26 |
| Total (Report on Summary of Schedules) | 197,267.75 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re   **Pipe-Liners, Ltd.**                                                                        ,   Case No. _____
                                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature
of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and
complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Curran Contracting Company**<br>**2220 County Farm Rd.**<br>**DeKalb, IL 60115** | **Subcontract agreement dated 07/27/2011 for work**<br>**to be performed on Illinois State Tollway Authority**<br>**contract RR-11-5627** |
| **Paulsen Paving Co.**<br>**PO Box 40**<br>**Woodstock, IL 60098** | **Lease for 1acre parcel of land located at 1405**<br>**Lamb Rd., Woodstock, IL 60098**<br>**Monthly lease payments of $600.00 per month**<br>**Lease ends on November 19, 2011** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                        Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **Pipe-Liners, Ltd.**                                                          ,          Case No. _____
                                        Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Kathryn Stanger**<br>**790 Muriel St.**<br>**Woodstock, IL 60098** | **Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**PO Box 21126**<br>**Philadelphia, PA 19114** |
| **Kathryn Stanger**<br>**790 Muriel St.**<br>**Woodstock, IL 60098** | **Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**PO Box 21126**<br>**Philadelphia, PA 19114** |
| **Kathryn Stanger**<br>**790 Muriel St.**<br>**Woodstock, IL 60098** | **Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**PO Box 21126**<br>**Philadelphia, PA 19114** |
| **Kathryn Stanger**<br>**790 Muriel St.**<br>**Woodstock, IL 60098** | **Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**PO Box 21126**<br>**Philadelphia, PA 19114** |
| **Kathryn Stanger**<br>**790 Muriel St.**<br>**Woodstock, IL 60098** | **Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**PO Box 21126**<br>**Philadelphia, PA 19114** |
| **Kathryn Stanger**<br>**790 Muriel St.**<br>**Woodstock, IL 60098** | **Illinois Department of Employment Security**<br>**850 E. Madison St.**<br>**Springfield, IL 62702** |
| **Kathryn Stanger**<br>**790 Muriel St.**<br>**Woodstock, IL 60098** | **Illinois Department of Revenue**<br>**Bankruptcy Section, Level 7-425**<br>**100 W. Randolph Street**<br>**Chicago, IL 60101** |
| **Kathryn Stanger**<br>**790 Muriel St.**<br>**Woodstock, IL 60098** | **Golden Eagle Community Bank**<br>**PO Box 1930**<br>**Woodstock, IL 60098** |
| **Kathryn Stanger**<br>**790 Muriel St.**<br>**Woodstock, IL 60098** | **Golden Eagle Community Bank**<br>**PO Box 1930**<br>**Woodstock, IL 60098** |
| **Terry Stanger**<br>**790 Muriel St.**<br>**Woodstock, IL 60098** | **Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**PO Box 21126**<br>**Philadelphia, PA 19114** |

1

____ continuation sheets attached to Schedule of Codebtors

In re    **Pipe-Liners, Ltd.**                                                                ,        Case No. _____
                                                                Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Terry Stanger**<br>**790 Muriel St.**<br>**Woodstock, IL 60098** | **Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**PO Box 21126**<br>**Philadelphia, PA 19114** |
| **Terry Stanger**<br>**790 Muriel St.**<br>**Woodstock, IL 60098** | **Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**PO Box 21126**<br>**Philadelphia, PA 19114** |
| **Terry Stanger**<br>**790 Muriel St.**<br>**Woodstock, IL 60098** | **Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**PO Box 21126**<br>**Philadelphia, PA 19114** |
| **Terry Stanger**<br>**790 Muriel St.**<br>**Woodstock, IL 60098** | **Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**PO Box 21126**<br>**Philadelphia, PA 19114** |
| **Terry Stanger**<br>**790 Muriel St.**<br>**Woodstock, IL 60098** | **Illinois Department of Employment**<br>**Security**<br>**850 E. Madison St.**<br>**Springfield, IL 62702** |
| **Terry Stanger**<br>**790 Muriel St.**<br>**Woodstock, IL 60098** | **Illinois Department of Revenue**<br>**Bankruptcy Section, Level 7-425**<br>**100 W. Randolph Street**<br>**Chicago, IL 60101** |
| **Terry Stanger**<br>**790 Muriel St.**<br>**Woodstock, IL 60098** | **Golden Eagle Community Bank**<br>**PO Box 1930**<br>**Woodstock, IL 60098** |
| **Terry Stanger**<br>**790 Muriel St.**<br>**Woodstock, IL 60098** | **Golden Eagle Community Bank**<br>**PO Box 1930**<br>**Woodstock, IL 60098** |

Sheet ___1___ of ___1___ continuation sheets attached to the Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Pipe-Liners, Ltd.**                                      Case No. _____

                                          Debtor(s)      Chapter      **7**      _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**22**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **January 26, 2012**_____        Signature    **/s/ Kathryn Stanger**_____
                                                            **Kathryn Stanger**
                                                            **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Pipe-Liners, Ltd.**                                                                          Case No.

_____                                                                          _____
Debtor(s)                                                              Chapter        **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ..................................................    $ _____**3,700.00**

   Prior to the filing of this statement I have received ........................................    $ _____**3,700.00**

   Balance Due ..............................................................................................    $ _____**0.00**

2. The source of the compensation paid to me was:

   ☐ Debtor    ■ Other (specify):    **Steven Stanger**

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **January 26, 2012**                                    **/s/ Steven J. Brody**
_____                         _____
                                                                 **Steven J. Brody 06205619**
                                                                 **Steven J. Brody & Associates, Ltd.**
                                                                 **15 W. Woodstock Street**
                                                                 **Crystal Lake, IL 60014**
                                                                 **815-479-8800  Fax: 815-479-8880**

---

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Pipe-Liners, Ltd.**

_____
                                        Debtor(s)

Case No. _____
Chapter    **7** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____  **57**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **January 26, 2012**
_____

**/s/ Kathryn Stanger**
_____
**Kathryn Stanger/President**
Signer/Title

Ace/Allwaste Environ Services of
Indiana LLC
PO Box 3070
Houston, TX 77253


Al Orosz
c/o Fox Valley & Vicinity Laborers
2400 Big Timber Rd., Bldg. B, #206
Elgin, IL 60124-7812


Allied Interstate
3000 Corporate Exchange Dr
Columbus, OH 43231


Allocco, Miller & Cahill P.C.
3409 N. Paulina Street
Chicago, IL 60657


Allocco, Miller & Cahill, P.C.
3409 N. Paulina St.
Chicago, IL 60657


Allocco, Miller & Cahill. P.C.
3409 N. Paulina St.
Chicago, IL 60657


Bohn's Ace Hardware
150 S. Eastwood Dr.
PO Box 545
Woodstock, IL 60098


Broughton Excavating
46W356 Big Timber Rd.
Hampshire, IL 60140


Brown & Co., LLP
PO Box 728
Woodstock, IL 60098-0728


Capital One Bank
PO Box 6492
Carol Stream, IL 60197-6492

Chase Cardmember Service
PO Box 15298
Wilmington, DE 19850-5298


CitiBusiness Card
PO Box 6235
Sioux Falls, SD 57117-6235


Columbia Pipe & Supply Co.
1120 W. Pershing Rd.
Chicago, IL 60609


Contech Construction Products, Inc.
9025 Centre Pointe Dr
West Chester, OH 45069


Curran Contracting Company
2220 County Farm Rd.
DeKalb, IL 60115


D & S, Ltd.
13809 Research Blvd.
Ste. 800
Austin, TX 78750


Dan Brejc
c/o Fox Valley & Vicinity Laborers
2400 Big Timber Rd., Bldg. B, #206
Elgin, IL 60124-7812


Department of Water Works
P.O. Box 888
Michigan City, IN 46361


Dowd, Bloch & Bennett
8 S. Michigan Ave.
19th Floor
Chicago, IL 60603


Energy Culverts
P.O. Box 640
Energy, IL 62933

Fox Valley & Vicinity Laborers
2400 Big Timber Rd.
Bldg. B, #206
Elgin, IL 60124-7812


Golden Eagle Community Bank
PO Box 1930
Woodstock, IL 60098


Greenberg, Grant & Richards, Inc.
PO Box 571811
Houston, TX 77257-1811


Highway Technologies, Inc.
3867 N. Commercial Pkwy.
Greenfield, IN 46140


Illinois Department of Employment
Security
850 E. Madison St.
Springfield, IL 62702


Illinois Department of Revenue
Bankruptcy Section, Level 7-425
100 W. Randolph Street
Chicago, IL 60101


Internal Revenue Service
Centralized Insolvency Operation
PO Box 21126
Philadelphia, PA 19114


John Bryan Sr.
c/o Fox Valley & Vicinity Laborers
2400 Big Timber Rd., Bldg. B, #206
Elgin, IL 60124-7812


Kathryn Stanger
790 Muriel St.
Woodstock, IL 60098


Law Offices of John C. Williams &
Associates
PO Box 29279
Atlanta, GA 30359-0279

Lee Jensen Sales
101 W. Terra Cotta
Crystal Lake, IL 60014


Levinson Simon & Spung, P.C.
566 W. Lake Street
Chicago, IL 60661-1414


Matthew L. Alden
26000 Cannon Rd.
Bedford, OH 44146


Mike Shales
c/o Fox Valley & Vicinity Laborers
2400 Big Timber Rd., Bldg. B, #206
Elgin, IL 60124-7812


Nationwide Credit, Inc.
PO Box 26314
Lehigh Valley, PA 18002-6314


Office Depot Credit Plan
PO Box 689020
Des Moines, IA 50368-9020


Paulsen Paving Co.
PO Box 40
Woodstock, IL 60098


Phillips & Cohen Assocaites Ltd
Mail Stop 872
1002 Justison St.
Wilmington, DE 19801-5148


Pro Consulting Services, Inc.
P.O. Box 66768
Houston, TX 77266-6768


R. G. Huston Company, Inc.
PO Box 399
2561 Coffeytown Rd.
Cottage Grove, WI 53527

Receivable Management Corporation
400 W. Cummings Park
Ste. 4450
Woburn, MA 01888


Sam's Club/GEMB
PO Box 530970
Atlanta, GA 30353-0970


Shaw Environmental, Inc.
1950 S. Florence St.
Wichita, KS 67209-2833


Silver & Associates, Ltd.
1540 E. Dundee Rd.
Ste. 160
Palatine, IL 60074


Smith Ready Mix
P.O. Box 489
Valparaiso, IN 46384-0489


Speedway LLC
PO Box 740587
Cincinnati, OH 45274-0587


Speedway SuperAmerica LLC
Attn: Credit Customer Service
PO Box 1590
Springfield, OH 45501


Super Mix
5435 Bull Valley Road, Suite 130
McHenry, IL 60050


Terry Stanger
790 Muriel St.
Woodstock, IL 60098


Toby Koth
c/o Fox Valley & Vicinity Laborers
2400 Big Timber Rd., Bldg. B, #206
Elgin, IL 60124-7812

United Recovery Systems Inc
PO Box 722929
Houston, TX 77272-2929


Vern Bauman
c/o Fox Valley & Vicinity Laborers
2400 Big Timber Rd., Bldg. B, #206
Elgin, IL 60124-7812


Wells Fargo Equipment Finance
Manufacturer Serices Group
PO Box 7777
San Francisco, CA 94120-7777


Westbend Mutual Insurance
1900 S. 18th Ave.
West Bend, WI 53095


Western Culvert & Supply Inc.
W324 Delafield Rd.
Oconomowoc, WI 53066


Woodstock Lumber Co.
1101 Lake Avenue
Woodstock, IL 60098


Wright Express Fleet Services
PO Box 6293
Carol Stream, IL 60197-6293

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Pipe-Liners, Ltd.**

Debtor(s)

Case No.

Chapter    **7**


### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Pipe-Liners, Ltd.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:


■ None [*Check if applicable*]


**January 26, 2012**

Date

**/s/ Steven J. Brody**

**Steven J. Brody 06205619**

Signature of Attorney or Litigant

Counsel for    **Pipe-Liners, Ltd.**

**Steven J. Brody & Associates, Ltd.**

**15 W. Woodstock Street**
**Crystal Lake, IL 60014**
**815-479-8800 Fax:815-479-8880**